IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
DEANDRE D. CURRINGTON,        )
                              )
      Plaintiff,              )
                              )        CIVIL ACTION NO.
      v.                      )          1:24cv550-MHT
                              )              (WO)
SCOTT SOLTYS,                 )
                              )
      Defendant.              )
```

OPINION

Pursuant to 42 U.S.C. § 1983, the plaintiff, an inmate, filed this lawsuit asserting that the defendant provided false information to the district attorney and magistrate judge in order to obtain a warrant, resulting in plaintiff's wrongful arrest and incarceration.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's motion for leave to proceed in forma pauperis be denied and his case be dismissed without prejudice under the "three strikes" provision set forth in 28 U.S.C. § 1915(g).  Also before the court are plaintiff's objections to the recommendation.

After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.  In his objections, plaintiff argues that the dismissal of his complaint under the three-strikes rule denies him the constitutional right of access to courts on the basis of poverty.  However, this argument was rejected by the Eleventh Circuit Court of Appeals in *Rivera v. Allin*, 144 F.3d 719 (11th Cir. 1998), *abrogated in part on other grounds by Jones v. Bock*, 549 U.S. 199 (2007), and the *Rivera* decision is binding on this court.

An appropriate judgment will be entered.

DONE, this the 9th day of October, 2024.

            /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE