IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
DEANDRE D. CURRINGTON,      )
                            )
     Plaintiff,             )
                            )      CIVIL ACTION NO.
     v.                     )        1:24cv550-MHT
                            )           (WO)
SCOTT SOLTYS,               )
                            )
     Defendant.             )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) Plaintiff's objections (Doc. 8) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. 3) is adopted.

(3) Plaintiff's motion for leave to proceed in forma pauperis (Doc. 2) is denied.

(4) This lawsuit is dismissed without prejudice pursuant to 28 U.S.C. § 1915(g).

(5) All other pending motions are denied as moot.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 9th day of October, 2024.

                                        /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE